UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DAVID BRUEDERLE                                                     PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:05-CV-818-S

LOUISVILLE METRO GOVERNMENT, et al.                     DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This matter is before the court upon the motion of the defendant, Lt. Norman Norris ("Lt. Norris"), for a judgment on the pleadings. Lt. Norris is a supervising officer at the Louisville Metro Corrections Department. The plaintiff, David Bruederle ("Bruederle"), brings claims against Lt. Norris for cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution, violation of Ky. Rev. Stat. § 71.040, negligence and gross negligence, cruel and unusual punishment in violation of the Kentucky Constitution, and the tort of outrage.

As the court explained in its Memorandum Opinion issued this date in response to Defendants Tamiko Joyner, Officer Roberto Grider, Officer John Black, Sergeant Michael Joyner, Officer Clarence Williams, and Sergeant Michael Hogan's Motion to Dismiss, all claims but Bruederle's cause of action for outrage should have been filed by December 5, 2005 and that because Bruederle failed to file against Defendants until September 27, 2006, these claims are barred by the one-year statute of limitations in Ky. Rev. Stat. § 413.140(1)(a). It is undisputed that Bruederle failed to name Lt. Norris as a defendant until September 27, 2006 when he filed his First Amended Complaint.

As such, **IT IS HEREBY ORDERED AND ADJUDGED** that Lt. Norris' Motion is **GRANTED IN PART AND DENIED IN PART** in that all claims against him, except the tort of outrage, are **DISMISSED WITH PREJUDICE**.